UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS MARTINEZ,

    Plaintiff,

CASE NO.: 8:21-cv-00013-WFJ-CPT

v.

CHROMALLOY CASTINGS
TAMPA CORPORATION,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to M.D. Fla. Loc. R. 3.08, Plaintiff Luis Martinez and Defendant Chromalloy Castings Tampa Corporation, with the consent and authority of the Plaintiff Luis Martinez, advises the Court that the parties have settled the above styed action. The parties will promptly prepare all paperwork necessary to effectuate a dismissal with prejudice.

Respectfully submitted this 16th day of December 2021.

| | |
|---|---|
| By: /s/ Michael G. Green II | By: /s/Robert G. Riegel, Jr. |
| Michael G. Green II | Robert G. Riegel, Jr. |
| Florida Bar No. 60859 | Florida Bar No. 0352759 |
| E-mail: michael@salaslawfirmpa.com | E-mail: rriegel@rtlaw.com |
| John P. Salas | Michael J. Lufkin |
| Florida Bar No. 87593 | Florida Bar No. 0030492 |
| E-mail: jp@salaslawfirmpa.com | E-mail: mlufkin@rtlaw.com |
| SALAS LAW FIRM, P.A. | ROGERS TOWERS, P.A. |
| 2601 E. Oakland Blvd., Suite 406 | 1301 Riverplace Boulevard, Suite 1500 |
| Fort Lauderdale, FL 33308 | Jacksonville, FL 32207 |
| (954) 315-1155 – Telephone | (904) 398-3911 – Telephone |
| (954) 452-3311 – Facsimile | (904) 348-5894 – Facsimile |
| Attorneys for Plaintiff | Attorneys for Defendant |