UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS MARTINEZ,

    Plaintiff,

v.

                        CASE NO.: 8:21-cv-00013-WFJ-CPT

CHROMALLOY CASTINGS
TAMPA CORPORATION,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's Order administratively closing case (Dkt. 28), Plaintiff Luis Martinez and Defendant Chromalloy Castings Tampa Corporation stipulate to dismissal with prejudice of the above-styled action in its entirety, with each party bearing its own attorney's fees, costs, and expenses.

Respectfully submitted this 5th day of January 2022.

By: */s/ Michael G. Green II*
    Michael G. Green II
    Florida Bar No. 60859
    E-mail: michael@salaslawfirmpa.com
    SALAS LAW FIRM, P.A.
    2601 E. Oakland Blvd., Suite 406
    Fort Lauderdale, FL 33308
    (954) 315-1155 – Telephone
    (954) 452-3311 – Facsimile

    Attorneys for Plaintiff

By: */s/ Michael J. Lufkin*
    Michael J. Lufkin
    Florida Bar No. 0030492
    E-mail: mlufkin@rtlaw.com
    ROGERS TOWERS, P.A.
    1301 Riverplace Boulevard, Suite 1500
    Jacksonville, FL  32207
    (904) 398-3911 – Telephone
    (904) 348-5894 – Facsimile

    Attorneys for Defendant